# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2265
Lower Tribunal No. 19-3099-CC
_____

**British Moss,**
Appellant,

vs.

**SafePoint Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

British Moss, in proper person.

Bickford & Chidnese, LLP, Patrick M. Chidnese and Frieda C. Lindroth (Tampa), for appellee.

Before FERNANDEZ, C.J., and EMAS, and BOKOR, JJ.

PER CURIAM.

Affirmed on the authority of Florida Rule of Appellate Procedure 9.315(a) Fla. R. App. P. 9.315(a) ("After service of the initial brief ... the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.").